UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HOLLY PAZ | * |
| | * |
| Plaintiff, | * |
| | *    Civil Action No: 25-3256 (AHA) |
| v. | * |
| | * |
| INTERNAL REVENUE SERVICE et al. | * |
| | * |
| Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### JOINT NOTICE OF NEW DATES FOR PRE-MOTION CONFERENCE

In accordance with this Court's October 3, 2025, Minute Order, and given the Court has not yet set the date for any Pre-Motion Conference, see Dkt. 14, the undersigned counsel for the Parties wanted to provide new additional dates regarding their availability.

They now propose the following times for a Zoom conference: January 28, 2026 (2-4 pm), January 29, 2026 (2-4 pm) & February 4, 2026 (2-4 pm). Please note that Government counsel is actually engaged on January 21, 2026, which was an earlier suggested date.

Date:   January 15, 2026

          Respectfully submitted,

            *s/Mark S. Zaid*

          _____
          Mark S. Zaid, Esq.
          D.C. Bar #440532
          Mark S. Zaid, P.C.
          1250 Connecticut Avenue, N.W.
          Suite 700 – PMB 5287
          Washington, D.C. 20036
          (202) 498-0011
          Mark@MarkZaid.com

          Attorney for Plaintiff

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director
Federal Programs Branch

<u>/s/ *John J. Halloran, Jr.*</u>
JOHN J. HALLORAN, JR.
D.C. Bar No. 454128
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 598-3398
Fax: (202) 616-8460
Email: John.J.Halloran.Jr@usdoj.gov

*Attorneys for Defendants*