**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HOLLY PAZ | * |
| | * |
| Plaintiff, | * |
| | *   Civil Action No: 25-3256 (AHA) |
| v. | * |
| | * |
| INTERNAL REVENUE SERVICE et al. | * |
| | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

**<u>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>**

NOW COMES the Plaintiff, by and through her undersigned counsel, to respectfully inform the Court of the voluntary dismissal of this action with prejudice. All Parties have agreed to bear their own costs.

Date:   February 14, 2026

Respectfully submitted,

*s/ Mark S. Zaid*

_____
Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 700
Washington, D.C. 20036
(202) 498-0011
Mark@MarkZaid.com

Attorney for Plaintiff